IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LINDA KAY HOLLOWAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00355-O-BP |
| | § | |
| DELIA SiFUENTES, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Holloway's Complaint is **DISMISSED WITHOUT PREJUDICE** with leave to amend, and SiFuentes' counterclaim is **DISMISSED WITHOUT PREJUDICE**.

If Plaintiff wishes to amend her Complaint (ECF No. 1) to address the legal deficiencies identified in the United States Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 22), she **SHALL FILE** a First Amended Complaint on or before fourteen days from the date of this Order.

**SO ORDERED** on this **5th day of November, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE